IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

LAURA CRANFILL, Individually and
LAURA CRANFILL and STEVEN CRANFILL
as next of kin of TYLER CRANFILL, deceased
and KATIE CRANFILL, a minor,

    Plaintiffs,

vs                                            NO. 1-04-1147-T/AN

BREW BROTHERS, INC., a Tennessee
Corporation, JERRY GAY, Individually,
MIKE JONES, Individually, and JASON
PATERSON, Individually,

    Defendants.

---

### AGREED ORDER DISMISSING PLAINTIFFS' CLAIM OF PUNITIVE DAMAGES

---

Upon Motion of the Plaintiffs to dismiss their presently pending claims for punitive damages and with agreement of counsel for Defendants,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims for punitive damages are hereby dismissed.

JUDGE: _James D. Todd_

DATE: _29 August 2005_

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-01-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01147 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jay C. English
ENGLISH & ASSOCIATES
1201 Main St.
Ste. 1414
Dallas, TX 75202

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mickey J. Blanks
BLANKS GREENFIELD & RHODES
P.O. Box 867
Temple, TX 76503--086

Mickey J. Blanks
BLANKS GREENFIELD & RHODES
122 N. Main at Calhoun
Temple, TX 76503--086

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT