IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 SEP -7 PM 4: 18

CLERK U.S. DISTRICT COURT
W/D OF TN, JACKSON

LAURA CRANFILL, Individually and
LAURA CRANFILL and STEVEN CRANFILL
as next of kin of TYLER CRANFILL, deceased
and KATIE CRANFILL, a minor,

    Plaintiffs,

vs

    NO. 1-04-1147-T/AN

BREW BROTHERS, INC., a Tennessee
Corporation, JERRY GAY, Individually,
MIKE JONES, Individually, and JASON
PATERSON, Individually,

    Defendants.

## ORDER GRANTING JOINT MOTION TO APPOINT ROBERT V. REDDING AS GUARDIAN AD LITEM FOR KATIE CRANFILL

Upon the joint motion of the parties to appoint Attorney Robert V. Redding as Guardian ad Litem for Katie Cranfill, a minor, in the above cause and the Court finding that said Motion is well taken and should be granted;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Attorney Robert V. Redding is hereby appointed Guardian ad Litem for Katie Cranfill, a minor, in the above cause.

JUDGE: James D. Todd

DATE: 7 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9-8-05

49

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:04-CV-01147 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mickey J. Blanks
BLANKS GREENFIELD & RHODES
P.O. Box 867
Temple, TX 76503--086

Jay C. English
ENGLISH & ASSOCIATES
1201 Main St.
Ste. 1414
Dallas, TX 75202

Mickey J. Blanks
BLANKS GREENFIELD & RHODES
122 N. Main at Calhoun
Temple, TX 76503--086

Honorable James Todd
US DISTRICT COURT