IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LAURA CRANFILL, Individually and <br> LAURA CRANFILL and STEVEN CRANFILL <br> As next of kin of TYPLER CRANFILL, deceased <br> And KATIE CRANFILL, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> BREW BROTHERS, INC., a Tennessee <br> Corporation, JERRY GAY, Individually, and <br> MIKE JONES, Individually, <br><br> Defendants. | No. 1-04-1147-T/AN |

### ORDER APPROVING FEES OF GUARDIAN AD LITEM

Upon request of Robert V. Redding, duly appointed Guardian ad Litem herein, as set forth in his Report and attachments thereto, and upon agreement to the fees by counsel stated at the settlement approval hearing conducted in open court and by videoconference on October 12, 2005, the Court finds that the fees and expenses requested in the Guardian ad Litem Report are reasonable and in conformity with the fees awarded in this general area for such work to lawyers of similar experience and ability. It is therefore ORDERED that the requested fees and expenses in the amount of $1,973.30 are approved by the Court, and are to be paid by Plaintiffs.

James D. Todd
James D. Todd
U.S. District Judge
18 October 2005

K:\C1322\60248\OrdFees.doc

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   10-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:04-CV-01147 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jay C. English
ENGLISH & ASSOCIATES
1201 Main St.
Ste. 1414
Dallas, TX 75202

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mickey J. Blanks
BLANKS GREENFIELD & RHODES
P.O. Box 867
Temple, TX 76503--086

Mickey J. Blanks
BLANKS GREENFIELD & RHODES
122 N. Main at Calhoun
Temple, TX 76503--086

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT